UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RODNEY D. WALKER,

      Petitioner,

      v.

WARREN MONTGOMERY,

      Respondent.

)
)
)
)
)
)
)
)
)
)
)

NO. CV 17-01766-JVS (AGR)

ORDER ACCEPTING FINDINGS
AND RECOMMENDATION OF
MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file herein, and the Amended Report and Recommendation ("Report") of the United States Magistrate Judge.

Petitioner did not file objections. Instead, Petitioner lodged a First Amended Petition for Writ of Habeas Corpus that contained the same grounds for relief Petitioner raised in his motion for leave to file a First Amended Petition and in the lodged First Amended Petition attached to that motion. The Report addresses Petitioner's motion. (Dkt. No. 43-1 at 5-7.)

The Court accepts the findings and recommendation of the Magistrate

Judge.  The Court notes that the California Supreme Court has since denied Petitioner's most recent state habeas petition in Case No. S251645.  *In re Walker*, 2019 Cal. LEXIS 1780 (Mar. 13, 2019).

IT IS ORDERED that Judgment be entered denying the Petition for Writ of Habeas Corpus, denying Petitioner's motion for leave to file a First Amended Petition for Writ of Habeas Corpus, and dismissing this action with prejudice.

DATED:  July 9, 2019

JAMES V. SELNA
United States District Judge