**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY D. WALKER, | NO. SACV 17-1766-JVS (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| WARREN L. MONTGOMERY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus in this matter is denied, Petitioner's motion for leave to file a First Amended Petition for Writ of Habeas Corpus is denied, and the action is dismissed with prejudice.

DATED: July 9, 2019

JAMES V. SELNA
United States District Judge